

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jason Chambers, Jr., Appellant

No. 06-22-00051-CR          v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 19-0253-X).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

      We further order that the appellant, Jason Chambers, Jr., pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 30, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk